IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 11-00239-01-CR-W-FJG |
| FELIPE S. LARA, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On October 13, 2011, Defendant was ordered to undergo a psychological evaluation pursuant to 18 U.S.C. § 4241(b) (Doc. No. 7). Defendant was examined by John H. Wisner, M.D., who prepared a report dated December 7, 2011. On January 10, 2012, I held a competency hearing. Defendant was present, represented by appointed counsel Ronna Holloman-Hughes. The government was represented by Jane Brown. During the hearing, both parties stipulated to the contents and findings contained in Dr. Wisner's report (Tr. at 2-3). No additional evidence was presented (Tr. at 3). Both parties waived the fourteen-day objection period to this Report and Recommendation (Tr. at 3). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
January 18, 2012